

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2020

No. 04-19-00288-CV

**DCP SAND HILLS PIPELINE, LLC**,
Appellant

v.

**SAN MIGUEL ELECTRIC COOPERATIVE, INC.**,
Appellee

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-16-0033-CV-A
Honorable Starr Boldrick Bauer, Judge Presiding

## O R D E R

Sitting:      Rebeca C. Martinez, Justice
Irene Rios, Justice
Beth Watkins, Justice

On August 27, 2020, appellee San Miguel Electric Cooperative, Inc. filed an unopposed motion for extension of time, requesting additional time to file a motion for rehearing or en banc reconsideration. After consideration, we **GRANT** the motion and **ORDER** appellee to file its motion **by September 28, 2020**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court